# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE SEARE, | |
| Plaintiff, | Case No. 2:10-CV-02190-KJD-GWF |
| v. | **ORDER** |
| CATHOLIC HEALTHCARE WEST, *et al.*, | |
| Defendants. | |

Presently before the Court is Defendants' Motion to Strike Paragraphs 23 & 24 of the Complaint (#12). Plaintiff filed a response in opposition (#15) to which Defendants replied (#16).

Rule 12 (f) of the Federal Rules of Civil Procedures allows the Court to strike from a pleading any redundant, immaterial, impertinent or scandalous matter. Plaintiff's allegations rest on the assertion that he was terminated after complaining to a supervisor that he was being sexually harassed by a co-worker. The paragraphs that Defendant seeks to strike describe a dispute that Defendant had related to his employment and that Defendant claims affected the view that management had of him. While it us unclear whether the incident described will help or hinder his Title VII action, it is clear that the incident is relevant in understanding Defendant's employment situation that led to his termination.

1  Accordingly, IT IS HEREBY ORDERED that Defendants' Motion to Strike Paragraphs 23 &
2  24 of the Complaint (#12) is **DENIED**.
3  DATED this 5th day of May 2011.

_____
Kent J. Dawson
United States District Judge