# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WAYNE SEARE,

    Plaintiff,

vs.

ST. ROSE HOSPITAL, *et al.*,

    Defendants.

Case No. 2:10-cv-02190-KJD-GWF

**ORDER**

Motion to Withdraw as Counsel for Plaintiff Wayne Seare (#26)

This matter comes before the Court on Cogburn Law Offices Motion to Withdraw as Counsel for Plaintiff Wayne Seare (#26), filed on August 3, 2011, and Defendant's Non-Opposition to Plaintiff's Counsel's Motion to Withdraw as Counsel for Wayne Seare (#30), filed on August 17, 2011.  The Court finds the movant substantially establishes good cause for the withdrawal.  Accordingly,

**IT IS HEREBY ORDERED** that Cogburn Law Offices Motion to Withdraw as Counsel for Plaintiff Wayne Seare (#26) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **September 18, 2011** to retain new counsel or advise the Court of his desire to proceed in proper person.

**IT IS FURTHER ORDERED** that the Clerk shall add the last known address of Mr. Wayne Seare to the civil docket at 23 Desert Palm Drive, Las Vegas, Nevada 89183.

DATED this 18th day of August, 2011.

*/s/ George Foley Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**