# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE SEARE, | |
| Plaintiff, | Case No. 2:10-cv-02190-KJD-GWF |
| vs. | **ORDER** |
| ST. ROSE HOSPITAL, *et al.*, | Defendants' Motion to Stay Discovery (#34) |
| Defendants. | |

This matter comes before the Court on Defendants St. Rose Dominican Health Foundation's and Catholic Healthcare West's Motion to Stay Discovery (#34), filed on September 1, 2011. Defendants request the Court stay discovery pending resolution of Defendants' Countermotion for F.R.C.P. Rule 11 Sanctions (#32); Defendants' Countermotion requests dismissal of the entire action as well as attorney's fees and costs to punish the Plaintiff's actions.

To date, no party has responded to this motion and the time for opposition has now passed. LR 7-2(d) states in pertinent part, that "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Upon review and consideration of Defendants' motion, the Court grants Defendants' Motion to Stay Discovery. Accordingly,

**IT IS HEREBY ORDERED** that Defendants St. Rose Dominican Health Foundation's and Catholic Healthcare West's Motion to Stay Discovery (#34) is **granted**.

DATED this 20th day of September, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge