# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Wayne Seare

                Plaintiff,

V.

St. Rose Dominican Health Foundation, et al

                Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:10-cv-02190-KJD -GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

judgment is hereby entered in favor of Defendants St. Rose Dominican Health Foundation and Catholic Healthcare West and against Plaintiff Wayne Seare in the amount of $67,430.58.

October 25, 2011                           /s/ Lance S. Wilson

Date                                                Clerk

                                                       /s/ Molly Morrison

                                                       (By) Deputy Clerk